UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HIGHTOWER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, et al., <br><br> Defendants. | Case No.: 24-cv-1152-RSH-MSB <br><br> **ORDER ON JOINT MOTION TO DISMISS** <br><br> [ECF No. 26] |

On August 5, 2025, the Parties filed a Joint Motion to Dismiss. ECF No. 26. The Motion satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The action, in its entirety, is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own fees and costs. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: August 5, 2025

_____
Hon. Robert S. Huie
United States District Judge